```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

MARY WISEMAN,                    )
                                 )
    Plaintiff,                   )
                                 )
              v.              )   NO.  3:10-0250
                                 )   Judge Campbell/Bryant
KEITH LIPINSKI, et al.,          )   Jury Demand
                                 )
    Defendants.                  )

## REVISED CASE MANAGEMENT ORDER

As is reflected elsewhere in this record, plaintiff has undergone an additional surgical procedure on March 16, 2011, as treatment for injuries allegedly suffered in the traffic accident giving rise to this action. As a result of this surgery and the necessary period thereafter for recuperation and recovery, certain pretrial deadlines in this case require revision.

The Court **ADOPTS** the following revised pretrial deadlines to govern the progression of this case:

1. All fact discovery shall be complete by **November 16, 2011.**

2. Depositions of expert witnesses shall be complete by **December 16, 2011.**

3. Any dispositive motion shall be filed by **January 10, 2012.** A response shall be filed by 28 days after the filing of the motion and, in any event, by **February 7, 2012.** A reply, limited to five pages, shall be filed by 14 days after the filing of the response and, in any event, by **February 21, 2012.**

4. <u>Target trial date</u>.  The target trial date for this case is May 29, 2012.  The trial is estimated to require 2-3 trial days.

It is so **ORDERED**.

s/ John S. Bryant  
JOHN S. BRYANT  
United States Magistrate Judge
