IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY WISEMAN )
 )
v. ) NO. 3:10-0250
 ) JUDGE CAMPBELL
KEITH LIPINSKI, et al. )

ORDER

Plaintiff has filed a Motion Requesting Voluntary Non-Suit Without Prejudice (Docket No. 29) and a Renewed Motion Requesting Voluntary Non-Suit Without Prejudice or, in the Alternative, To Reinstate the Court's December 7, 2010 Order (Docket No. 33).

Defendants shall file Responses to Plaintiff's two Motions by August 12, 2011. Plaintiff may file a Reply by August 19, 2011.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE