IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY WISEMAN )
)
v. ) NO. 3:10-0250
) JUDGE CAMPBELL
KEITH LIPINSKI, et al. )

ORDER

Pending before the Court are the following Motions: (1) Plaintiff's Motion Requesting Voluntary Non-Suit Without Prejudice (Docket No. 29); Plaintiff's Renewed Motion Requesting Voluntary Non-Suit Without Prejudice or, in the Alternative, to Reinstate the Court's December 7, 2010 Order (Docket No. 33), to which Defendants have filed a Response; and (3) Plaintiff's Motion for Status Conference (Docket No. 38). Plaintiff has also filed a Notice of Withdrawal of Motion for Entry of an Order Granting Voluntary Dismissal Without Prejudice (Docket No. 40).

All of these Motions are referred to the Magistrate Judge for decision on pretrial matters and a report and recommendation on any dispositive motions.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE