IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:
Motion granted.
Case management conference is scheduled for September 20, 2011, at 9:30 a.m. in courtroom 776.

*s/ John S. Bryant*
U.S. Magistrate Judge

| | |
|---|---|
| MARY WISEMAN, | ) |
| Plaintiff, | ) |
| versus | ) Civil No. 3:10- CV-0250 |
| KEITH LIPINSKI and COUSINS WASTE CONTROL, CORP., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE BRYANT |
| Defendants. | ) |

## MOTION FOR STATUS CONFERENCE

Mary Wiseman, through counsel, respectfully moves the Court for entry of an Order scheduling a status conference in this action. In support of this motion, Plaintiff states:

1. Mary Wiseman only recently learned that deadlines have been missed in her case, resulting in great prejudice to her;

2. Consequently, Ms. Wiseman has retained new counsel to prosecute this action for her;

3. Though only retained two days ago, her new counsel has reviewed the file, interviewed a key witness and requested deposition dates for additional fact witnesses necessary to prepare the case for trial. This preliminary review and investigation revealed the following:

   a. Following the collision, the tractor trailer was taken to T & K Truck and Trailer repair.
   b. The truck was repaired by Tracy "Bubba" Oliver, a mechanic at T & K.
   c. Scott Schill, the service manager for Cousins Waste Control, called Bubba to specifically inquire about the condition of the U-Joints.
   d. Bubba explained to Scott Schill that the U-Joints were "not greased" and this is documented in Mr. Schill's internal report dated 17 February 2009, in which Mr. Schill states he "was told that the ‚U' Joints were not greased."