# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARY WISEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| versus ) | Civil No. 3:10- CV-0250 |
| ) | |
| KEITH LIPINSKI and COUSINS WASTE ) | |
| CONTROL, CORP., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE BRYANT |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF SUBSTITUTION OF COUNSEL

Plaintiff, Mary Wiseman, has retained new counsel to prosecute this action on her behalf and she has ended her relationship with Stanley A. Davis. Accordingly, it is appropriate to substitute Barry E. Weathers as her counsel and to relieve Stanley A. Davis as counsel for Ms. Wiseman.

**IT IS SO ORDERED.**

*s/ John S. Bryant*
JOHN S. BRYANT
United States Magistrate Judge

APPROVED FOR ENTRY:

**Law Offices of Barry E. Weathers, P.C.**


/s Barry E. Weathers
Barry E. Weathers (020322)
3017 Poston Avenue
Nashville, TN 37203
(615) 256-2568 (telephone)



/s Stanley A. Davis
Stanley A. Davis (018618)
501 Union Street, Suite 401
Nashville, TN 37027
(615) 690-2080



## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served by electronic means *via* the Court's electronic filing system on the following:

Jamie Morrell, Esq.

D. Randall Mantooth, Esq.

/s Barry E. Weathers


Date: August 16, 2011