IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY WISEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | JURY DEMAND |
| | ) | |
| v. | ) | Docket No. 3:10-cv-0250 |
| | ) | |
| KEITH LIPINSKI and COUSINS | ) | JUDGE CAMPBELL |
| WASTE CONTROL CORP., | ) | MAGISTRATE JUDGE BRYANT |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

It appearing that Magistrate Judge John Bryant has scheduled a case management conference for 9:30 a.m. on September 20, 2011, and it appearing that the attorneys for the parties will be out of town that day for depositions scheduled in this case, and it appearing that Magistrate Bryant's office is available to reschedule the conference at 9:30 a.m. on September 29, 2011, it is hereby **ORDERED** that the case management conference previously scheduled for September 20, 2011, will now be held before Magistrate Judge John Bryant beginning at 9:30 a.m. on September 29, 2011.

**ENTERED** this 7th day of September, 2011.

*s/ John S. Bryant*
**JOHN S. BRYANT**
**United States Magistrate Judge**

**APPROVED FOR ENTRY:**

By: s/ Barry E. Weathers
    **Barry E. Weathers**, BN 20322
    3017 Poston Avenue
    Nashville, Tennessee 37203
    (615) 256-2568

Attorney for Plaintiff

N:\DATA\Docs\006104\000008\01718198.DOC

**LEITNER, WILLIAMS, DOOLEY
 & NAPOLITAN, PLLC**

By: s/ D. Randall Mantooth
   **D. Randall Mantooth**, BPRN 13875
   Bank of America Plaza
   414 Union Street, Suite 1900
   Nashville, Tennessee  37219-1782
   (615) 255-7722
   Email: randy.mantooth@leitnerfirm.com

Attorneys for Defendants Cousins Waste
Control, LLC and Keith Lipinski

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded via electronic means via the Court's electronic filing system to:

>Barry E. Weathers, Esq.
>3017 Poston Avenue
>Nashville, Tennessee 37203
>
>Jamie Morrell, Esq.
>7003 Chadwick Drive, Suite 155
>Brentwood, Tennessee 37027

this the 6th day of September, 2011.

> **By:   s/ D. Randall Mantooth**
>    **D. Randall Mantooth**